IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BARRAGAN,<br><br>   Petitioner,<br><br>  vs.<br><br>NEIL ADLER,<br><br>   Respondent.<br>_____ | 1:08-CV-0077-AWI WMW HC<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AS DUPLICATE** |

  Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On January 24, 2008, the court received a letter from Petitioner alerting the court to the fact that case is an exact duplicate of 1:08-CV-00054 AWI WMW.  As such, this case was clearly filed as a result of a clerical error by the court.  Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this case.  Petitioner will proceed on his Section 2241 habeas petition through case number 1:08-CV-00054 AWI

WMW.

IT IS SO ORDERED.

**Dated:   February 4, 2008**                    **/s/  William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE